MARY N. RYAN, Respondent, *v.* NEW PROSPERITY CLEANSING STORES, INC., Appellant.

Supreme Court, Appellate Term, Second Department, December 16, 1948.

*S. Frederick Placer* for appellant.

*Mary N. Ryan,* respondent in person.

*Per Curiam.* It was error to assess damages upon the basis of the value of an entire suit where only the skirt was sent to defendant for dry cleaning. The liability of a bailee may not be extended to include the reduced value of goods not included in the bailment and not otherwise within the contemplation of the parties (*Carcone* v. *Marcus,* N. Y. L. J., Jan. 26, 1948, p. 321, col. 7 [App. Term, 2d Dept.]; *Marcia Frocks, Inc.,* v. *New York Dress Delivery,* 29 N. Y. S. 2d 322).

The judgment should be unanimously reversed on the law and new trial granted, with $10 costs to defendant to abide the event.

STEINBRINK and COLDEN, JJ., concur. MACCRATE, J., taking no part.

Judgment reversed, etc.